IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CV-598-F

| | |
|---|---|
| EDWARD MULDER,<br>　　　　Plaintiff,<br><br>　　v.<br><br>J.E. MAYNOR, Officer #1982, et al.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)　　ORDER<br>)<br>)<br>)<br>) |

This matter is before the court on the Petition for Writ of Mandamus [DE-5] filed by the pro se Plaintiff wherein he apparently seeks the court to order a non-party to this action to provide him with various documents and information. This case has been closed since September 5, 2013 [DE-4]. The Petition [DE-5] is therefore DENIED.

SO ORDERED.

This 6th day of November, 2013.

　　　　　　　　　　　　　　　_James C. Fox_
　　　　　　　　　　　　　　　JAMES C. FOX
　　　　　　　　　　　　　　　Senior United States District Judge